and others. No opinion. Order (102 N. Y. Supp. 569) affirmed, with $10 costs and disbursements.

DUMONT, Respondent, v. MORRIS & CUMINGS DREDGING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by James A. Dumont, Jr., against the Morris & Cumings Dredging Company. No opinion. Judgment and order affirmed, with costs.

DUNBAR & SULLIVAN DREDGING CO., Respondent, v. DELAWARE & HUDSON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department, March 6, 1907.) Action by the Dunbar & Sullivan Dredging Company against the Delaware & Hudson Company.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

DUNHAM v. HASTINGS PAVEMENT CO. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Edward R. Dunham against the Hastings Pavement Company. No opinion. Motion granted, and questions certified. Order filed.

DUTILH-SMITH, McMILLAN & CO., Respondent, v. SNARE & TRIEST, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Dutilh-Smith, McMillan & Co. against Snare & Triest. H. M. Hitchings, for appellant. G. Goldmark, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DWYER, Respondent, v. SEELEY, et al., Appellants. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Edward L. Dwyer against Edward E. Seeley and another. C. G. Galston, for appellants. C. P. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EAGAN et al., Respondents, v. W. F. DOLL MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Christopher J. Eagan and another against the W. F. Doll Manufacturing Company. C. W. Coleman, for appellant. T. Smith, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EDENBAUM, Respondent, v. EXCELSIOR BRICK CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Paula Edenbaum, as administratrix, against the Excelsior Brick Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

EDWARDS, Respondent, v. GIBB et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Samuel Edwards against John Gibb and others. No opinion. Judgment of the Municipal Court reversed, as against the weight of evidence as to the negligence of the defendants, and new trial ordered; costs to abide the event.

ELTERMEN v. HYMAN. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Abraham Eltermen against Jacob Hyman. No opinion. Motion denied. Order filed.

In re EMPIRE STATE SUPREME LODGE OF DEGREE OF HONOR. (Supreme Court, Appellate Division, Fourth Department. March 22, 1907.) In the matter of the annual election of the Empire State Supreme Lodge of the Degree of Honor, a corporation, etc. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of Wheeler, J., delivered at Special Term (103 N. Y. Supp. 465).

ENGINEER CO., Respondent, v. GUTTA PERCHA & RUBBER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by the Engineer Company against the Gutta Percha & Rubber Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

ENGLISH et al. v. JONES et al. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Paul A. English and others against Percival S. Jones and others. No opinion. Judgments affirmed, without costs. There is no authority for the practice adopted of rendering separate judgments and presenting separate and distinct records in a single action.

ERIE COUNTY, Respondent, v. NEFF, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Erie County against John W. Neff and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over upon payment of the costs of the demurrer and of this appeal.

In re EVANS. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) In the matter of the judicial settlement of the account of proceedings of Richard J. Evans, as administrator, etc., of Anna Evans, deceased. No opinion. We think that under the circumstances of this case the decree of the Surrogate's Court of Kings county should be modified, by striking out the provision for $95.65 costs against the appellant, and, as so modified, affirmed, without costs of this appeal.

EVANS, Respondent, v. HYDE, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Louis H. Evans against Frank D. Hyde. G. B. Colby, for appellant. G. H. Phelps, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

EVANS, Appellant, v. NATIONAL BROADWAY BANK, Respondent. (Supreme Court,

Appellate Division, First Department. April 5, 1907.) Action by Samuel M. Evans, as trustee, against the National Broadway Bank. Herbert R. Limburg, for appellant. W. V. Rowe, for respondent. No opinion. Judgment affirmed, without costs. Order filed. See 96 N. Y. Supp. 789.

FARMER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Florence E. Farmer, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Motion to resettle order denied, without costs.

FAY, Respondent, v. V. J. HEDDEN & SONS CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Robert P. Fay against the V. J. Hedden & Sons Company. No opinion. Judgment and order unanimously affirmed, with costs.

FAZIO, Appellant, v. LOOP ROLLER COASTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by James Fazio against the Loop Roller Coaster Company. No opinion. Judgment affirmed, with costs.

FELDMAN et al., Respondents, v. GURLAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Annie Feldman and another against Harry Gurland and others. No opinion. Motion to resettle order denied, with costs.

FISHER, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by George E. Fisher against Miles M. Martin. C. A. Deshon, for appellant. C. N. Flint, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FISHMAN, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Louis Fishman against Bernhard Campbell. No opinion. Judgment of the Municipal Court affirmed by default, with costs. See Mogile v. Hamburger (decided herewith) 103 N. Y. Supp. 1134.

FISKE et al., Respondents, v. BEDFORD, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Stephen Fiske and another against Helen M. Bedford, impleaded with others. J. M. Mayer, for appellant. F. W. M. Cutcheon, for respondents. No opinion. Judgment affirmed, with costs. Settle order on notice.

FLAHERTY, Respondent, v. ALLIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by James Flaherty, as executor, etc., against Lou P. Allis. No opinion. Judgment reversed,

with costs in this and the courts below. Held, that the evidence failed to establish a cause of action in conversion.

FOSTER, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Joseph Foster, Jr., against the International Paper Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted.

WILLIAMS, J., not sitting.

FRANK, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Louisa Frank against Mary Miller and another. No opinion. Motion denied, with costs.

FRANKLIN v. NEW YORK HERALD CO. et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Henry L. Franklin against the New York Herald Company and Ellen Morris, as administratrix of Henry J. Morris, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

FREITAG, Respondent, v. RECHNITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by David Freitag against Jacob Rechnitz and others. No opinion. Motion denied, on condition that the defendant pay $10 costs and forthwith perfect the appeal and file the return in this court; otherwise, motion granted, with $10 costs.

FRENCH et al., Appellants, v. BARRETT BRIDGE CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by William H. French and another against the Barrett Bridge Company. No opinion. Judgment and order unanimously affirmed, with costs.

FRIES, Appellant, v. FRIES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Nicholas C. Fries against John P. Fries and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified.

FULLER, Respondent, v. MUNICIPAL TELEGRAPH & STOCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by William H. Fuller against the Municipal Telegraph & Stock Company. No opinion. Motion denied.

GADE et al., Respondents, v. SEGELKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Emilie Gade and another against Henry Segelke. No opinion. Judgment and order affirmed, with costs.